**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: PHILIP ELLISON                                   Case No. 12-CV-12440-DT

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On June 6, 2012, the court ordered Plaintiff Philip Ellison to pay the statutory civil case filing fee or to file a application to proceed *in forma pauperis.* Plaintiff did neither of these options, and instead filed a "Notice," expressing "confusion" over the June 6 order and arguing the court has no jurisdiction to entertain this action. Though Plaintiff takes issue with the court's order, he states that there is "no controversy for the court to decide." It is thus clear that Plaintiff does not seek to maintain this action and, additionally, he has failed to comply with the requirements of the June 6, 2012 order. Accordingly,

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

                                                     S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: July 26, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 26, 2012, by electronic and/or ordinary mail.

                                                     S/Lisa Wagner
                                                     Case Manager and Deputy Clerk
                                                     (313) 234-5522